Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 23–40197
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeremy Lewis McAdory
   7301 Alma
   Plano, TX 75025

Social Security / Individual Taxpayer ID No.:
   xxx–xx–3497

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Telephonic hearing to be held:

on 4/19/23 at 10:00 AM

to consider and act upon the following:


Dated: 3/23/23

                                                 Jason K. McDonald
                                                 Clerk, U.S. Bankruptcy Court

                                                 BY:
                                                 Deputy Clerk